JEAN N. PENFIELD, Individually and on Behalf of All the Tenants of 211 East 35th Street, Borough of Manhattan, Similarly Situated, Appellant, *v.* MURRAY HILL HOLDING CORP., Respondent.

Argued October 13, 1953; decided October 23, 1953.

*Jean Nelson Penfield,* appellant in person.

*Leo Praeger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, J. Taking no part: VAN VOORHIS, J.